Fannie Early, appellee, v. Marshall Field & Company, appellant. Gen. No. 24,771.

Action to recover for personal injuries to patron of store by fall on stairway. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding.

Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed March 18, 1920.

Frank P. Leffingwell, for appellant. Clyde C. Fisher, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.